IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON S. PAGE,

      Plaintiff,

    v.

WELLPATH, et al.,

      Defendants.

Case No. 6:23-cv-01622-JR

**ORDER TO DISMISS**

**BAGGIO, District Judge**

Plaintiff, an adult in custody at the Snake River Correctional Institution, brings this 42 U.S.C. § 1983 civil rights action as a self-represented litigant. On April 20, 2026, Magistrate Judge Jolie A. Russo issued an Order to Show Cause (ECF No. 43) requiring plaintiff to show cause within 60 days why this action should not be dismissed for lack of prosecution. Judge Russo advised plaintiff that if he did not file a response to the Order to Show Cause within the time provided, this action would be dismissed.

Plaintiff did not file a response to Judge Russo's Order to Show Cause or otherwise indicate an intention to prosecute this action. Accordingly, IT IS ORDERED that this action is DISMISSED, without prejudice. All pending motions are DENIED AS MOOT.

IT IS SO ORDERED

DATED this __26th__ day of May 2026.

           Amy M. Baggio
           United States District Judge

1 – ORDER TO DISMISS